to establish actionable negligence on the part of the defendant. All concurred, except Spring and Kruse, JJ., who dissented.

William York, Respondent, v. George B. Long and Joseph Long, Appellants. — Judgment and order affirmed, with costs. All concurred.

James Durant, as Administrator, etc., of John Henry Durant, Deceased, Respondent, v. Village of Solvay, Appellant. — Judgment and order affirmed, with costs. All concurred.

Mary Cunningham, as Administratrix, etc., of Thomas Cunningham, Deceased, Respondent, v. Gould Paper Company and Charles W. Pratt, Appellants. — Judgment and order affirmed, with costs. All concurred.

Joseph Foster, Jr., Respondent, v. International Paper Company, Appellant. — Judgment and orders affirmed, with costs. All concurred. Williams, J., not sitting.

Clarissa Vose, Appellant, v. Davis S. Gray and Alice O. Gray, Respondents. — Judgment affirmed, with costs. All concurred.

Margaret E. Clark, Appellant, v. Edward Tracy Scoville and Others, etc., Respondents. — Judgment affirmed, with costs. All concurred, Nash, J., not sitting.

## SECOND DEPARTMENT, JANUARY, 1907.

Louis Black, Respondent, v. George Gerzog, Appellant, Impleaded with Progressive Realty and Improvement Company and Others, Defendants. (Action No. 1.) — Interlocutory judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Louis Black, Respondent, v. George Gerzog, Appellant, Impleaded with Progressive Realty and Improvement Company and Others, Defendants. (Action No. 2.) — Interlocutory judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Morris Block, Appellant, v. John Braun, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Samuel Brenner, Respondent, v. Frederick Kaufman, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Samuel Brenner, Respondent, v. Frederick Kaufman, Appellant. — Order affirmed, with ten dollars costs and disbursements. Temporary stay vacated. Motion for stay denied. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Janet C. Burnett, Respondent, v. The Board of Education of the City of New York, Appellant. — Judgment affirmed by default, with costs. Hirschberg, P. J., Jenks, Hooker and Rich, JJ., concurred.

Benjamin Cohen, Appellant, v. Metropolitan Street Railway Company, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Rich and Miller, JJ.

James F. Cullen, Appellant, v. Theodore A. Bingham and Others, Individually and as Police Officials, etc., Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Mary E. Fagan, Respondent, v. Charles E. McDonnell, Appellant, Impleaded with Others. (Actions Nos. 2, 3 and 4.) — The recovery in action No. 2 is determined at $1,034.09; in action No. 3 at $1,582.36, and in action No. 4 at $2,757.24. No opinion. Woodward, Jenks, Hooker and Rich, JJ., concurred.

David Frishberg, Respondent, v. Jacob Nadleman, Appellant. — Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

William H. Hamilton, as Executor, etc., of Edward M. Rosenbaum, Deceased, Appellant, v. Andrew Turnbull, as Executor, etc., of Mary Rosenbaum, Deceased, and Others, Respondents, Impleaded with the German Hospital Society of Brooklyn, Appellant. — Judgment affirmed, without costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Gustave L. Herz, Respondent, v. Samuel A. Hauben, Appellant. — Judgment and orders of the County Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.